BOLLES et al. v. HAMILTON COUNTY.

(Circuit Court of Appeals, Seventh Circuit. May 7, 1896.)

No. 174.

Error to the Circuit Court of the United States for the Southern District of Illinois.

Geo. A. Sanders and Wm. R. Bowers, for plaintiff in error.

J. R. Williams and J. M. Hamill, for defendant in error.

Before WOODS, JENKINS, and SHOWALTER, Circuit Judges.

PER CURIAM. This is an action of assumpsit upon coupons from bonds issued by the county of Hamilton, Ill., to the St. Louis & Southeastern Railway Company. Trial by jury was waived by written agreement, and the court made a general finding and gave judgment for the plaintiff in error upon a part, but not upon all, of the coupons in suit. There is no special finding of facts, and in other respects also the record is the same as in the case of Woodbury v. City of Shawneetown, 74 Fed. 205. For the reasons there explained, no question is presented for consideration, and the judgment of the circuit court must be affirmed.

---

SEYMOUR v. WHITE COUNTY.

(Circuit Court of Appeals, Seventh Circuit. May 4, 1896.)

No. 153.

Error to the Circuit Court of the United States for the Southern District of Illinois.

Geo. A. Sanders, for plaintiff in error.

J. R. Williams, and J. M. Hamil, for defendant in error.

Before WOODS and JENKINS, Circuit Judges, and BUNN, District Judge.

WOODS, Circuit Judge. This is an action of assumpsit on bonds made by the county of White, Ill., bearing date December 2, 1872, and purporting to have been made in part payment of a subscription to the capital stock of the Cairo & Vincennes Railroad Company. Issue having been joined by a plea of non assumpsit, a jury was waived by written agreement, and the case submitted for trial to the court, which, upon the evidence adduced, made a general finding and gave judgment for the defendant. No exception was saved to any ruling or action of the court, other than the overruling of the motion for a new trial, and the entry of judgment on the finding for the defendant in error. The specifications of error correspond in all respects with those in the case of Woodbury v. City of Shawneetown, 74 Fed. 205, and, for the reasons there pointed out, present no question for review. The judgment below is therefore affirmed.